1  Brendan P. Cullen (SBN 194057)
   (cullenb@sullcrom.com)
2  Sverker K. Hogberg (SBN 244640)
   (hogbergs@sullcrom.com)
3  SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
4  Palo Alto, California 94303
   Telephone:     (650) 461-5600
5  Facsimile:     (650) 461-5700

6  Christopher M. Viapiano (*pro hac vice* forthcoming)
   (viapianoc@sullcrom.com)
7  SULLIVAN & CROMWELL LLP
   1700 New York Avenue, N.W., Suite 700
8  Washington, D.C. 20006
   Telephone:     (202) 956-6985
9  Facsimile:     (202) 956-7056

10 *Counsel for Defendant Wells Fargo & Company*

11 [Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY HEFLER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>WELLS FARGO & COMPANY, JOHN G. STUMPF, JOHN R. SHREWSBERRY and CARRIE L. TOLSTEDT,<br><br>　　　　　　　Defendants. | Case No. 3:16-cv-05479-JST<br><br>**JOINT STIPULATION AND [**~~PROPOSED~~**] ORDER TO ENLARGE TIME TO RESPOND TO COMPLAINT**<br><br>The Hon. Jon S. Tigar |
| STEVE KLEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>WELLS FARGO & COMPANY, JOHN G. STUMPF, JOHN R. SHREWSBERRY and CARRIE L. TOLSTEDT,<br><br>　　　　　　　Defendants. | Case No. 3:16-cv-05513-JST |

SULLIVAN & CROMWELL LLP

JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO ENLARGE
TIME TO RESPOND TO COMPLAINT
CASE NOS. 3:16-CV-05479-JST; 3:16-CV-05513-JST

WHEREAS on September 26, 2016, Gary Hefler, individually and on behalf of all others similarly situated, filed a putative Class Action Complaint For Violations Of the Federal Securities Laws (the "Hefler Complaint") against Wells Fargo & Company ("Wells Fargo"), John G. Stumpf, John R. Shrewsberry, and Carrie L. Tolstedt (collectively, "Defendants");

WHEREAS on September 28, 2016, Steve Klein, individually and on behalf of all others similarly situated, filed a putative Class Action Complaint For Violations Of the Federal Securities Laws (the "Klein Complaint") against Defendants;

WHEREAS Gary Hefler and Steve Klein (together, "Plaintiffs") and Defendants anticipate that the above-captioned cases will be consolidated, that a lead plaintiff and lead counsel will be appointed by the Court, and that a Consolidated Class Action Complaint will be filed thereafter;

WHEREAS Plaintiffs and Defendants have agreed to extend the time in which Defendants may respond to Plaintiffs' complaint until 60 days following the filing of a Consolidated Class Action Complaint;

WHEREAS no prior extensions have been granted for the time in which Defendants could respond to the Hefler Complaint or the Klein Complaint;

WHEREAS the parties agree that nothing in this Stipulation will be construed as a waiver of any of Defendants' or Plaintiffs' rights or positions in law or in equity;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs, by and through their counsel, and Defendants, by and through their counsel, that:

1. Defendants' time to respond to the complaints in the above-captioned actions is hereby extended for 60 days following the filing of a Consolidated Class Action Complaint.

2. In submitting this Stipulation, Defendants and Plaintiffs do not waive any of their rights or positions in law or in equity, and Defendants do not waive any objection or defense they may raise to the Court's personal jurisdictional over them or to the propriety of venue in this case.

Sullivan & Cromwell LLP

1

JOINT STIPULATION AND [PROPOSED] ORDER TO ENLARGE
TIME TO RESPOND TO COMPLAINT
CASE NOS. 3:16-CV-05479-JST; 3:16-CV-05513-JST

IT IS SO STIPULATED.

Dated:  November 18, 2016

/s/ Brendan P. Cullen
Brendan P. Cullen (SBN 194057)
Sverker K. Hogberg (SBN 244640)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:     (650) 461-5600
Facsimile:      (650) 461-5700

Christopher M. Viapiano
(*pro hac vice* forthcoming)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Telephone:     (202) 956-6985
Facsimile:      (202) 956-7056

*Counsel for Defendant Wells Fargo & Company*

Dated:  November 18, 2016

/s/ Grant P. Fondo
Grant P. Fondo (SBN 181530)
Richard M. Strassberg
(*pro hac vice* forthcoming)
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, California 94025
Telephone:     (650) 752-3100
Facsimile:      (650) 853-1038

*Counsel for Defendant John G. Stumpf*

Dated:  November 18, 2016

/s/ Ismail Ramsey
Ismail Ramsey (SBN 189820)
Miles Ehrlich (SBN 237954)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, California 94710
Telephone:     (510) 548-3600
Facsimile:      (650) 291-3060

*Counsel for Defendant John R. Shrewsberry*

2

SULLIVAN & CROMWELL LLP

JOINT STIPULATION AND [PROPOSED] ORDER TO ENLARGE
TIME TO RESPOND TO COMPLAINT
CASE NOS. 3:16-CV-05479-JST; 3:16-CV-05513-JST

Dated:  November 18, 2016

    /s/ Brendan V. Sullivan, Jr.
Brendan V. Sullivan, Jr.
(*pro hac vice* forthcoming)
Enu A. Mainigi
(*pro hac vice* forthcoming)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington D.C. 20005
Telephone:       (202) 434-5000
Facsimile:        (202) 434-5029

*Counsel for Defendant Carrie L. Tolstedt*

Dated: November 18, 2016

    /s/ Shawn A. Williams
Shawn A. Williams (SBN 213113)
Aelish M. Baig (SBN 201279)
Jason C. Davis (SBN 253370)
ROBBINS GELLER RUDMAN & DOWD LLP
One Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone:       (415) 288-4545
Facsimile:        (415) 288-4534

*Counsel for Plaintiff Gary Hefler*

Dated:  November 18, 2016

    /s/ Jennifer Pafiti
Jennifer Pafiti (SBN 282790)
POMERANTZ LLP
468 North Camden Drive
Beverley Hills, California 90210
Telephone:       (818) 532-6499

*Counsel for Plaintiff Steve Klein*

SULLIVAN & CROMWELL LLP

3

JOINT STIPULATION AND [PROPOSED] ORDER TO ENLARGE
TIME TO RESPOND TO COMPLAINT
CASE NOS. 3:16-CV-05479-JST; 3:16-CV-05513-JST

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Brendan P. Cullen, in compliance with General Order 45, Section X(B), hereby attest that I obtained the concurrence of all of the above-listed counsel in filing this document.

DATED: November 18, 2016            /s/ Brendan P. Cullen
                                                            Brendan P. Cullen

4
JOINT STIPULATION AND [PROPOSED] ORDER TO ENLARGE
TIME TO RESPOND TO COMPLAINT
CASE NOS. 3:16-CV-05479-JST; 3:16-CV-05513-JST

SULLIVAN & CROMWELL LLP

**ORDER**

THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED.

Dated: November 21, 2016

THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

5

JOINT STIPULATION AND [PROPOSED] ORDER TO ENLARGE
TIME TO RESPOND TO COMPLAINT
CASE NOS. 3:16-CV-05479-JST; 3:16-CV-05513-JST