UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY HEFLER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO & COMPANY, et al.,<br><br>　　　　Defendants. | Case No.16-cv-05479-JST<br><br>**ORDER CONSOLIDATING HEARINGS ON MOTIONS TO CONSOLIDATE AND COMPETING MOTIONS TO APPOINT LEAD PLAINTIFF AND LEAD COUNSEL** |

　　　　The plaintiffs in these related cases have filed several motions to consolidate and three competing motions to appoint a lead plaintiff and/or lead counsel.

　　　　There are currently six identical motions to consolidate, to appoint the City of Birmingham Retirement and Relief System as Lead Plaintiff, and to appoint Robbins Arroyo LLP and Saxena White P.A. as Co-Lead Counsel. See Shaev v. Baker, II et al., 16-cv-05541-JST, ECF No. 27; Cook v. Loughlin, et al., 16-cv-05592-JST, ECF No. 35; Sherman v. Stumpf, et al., 16-cv-05745-JST, ECF No. 13; Elson v. Stumpf, 16-cv-05817-JST, ECF No. 10; City of Birmingham Retirement and Relief System v. Baker, et al., 16-cv-05915-JST, ECF No. 11; LeBendig v. Wells Fargo & Company, et al., 16-cv-06262-JST, ECF No. 9. Those motions are currently scheduled for hearing on December 15, 2016 at 2:00pm.

　　　　In addition, there is a motion to consolidate and to appoint Wolf Haldenstein Adler Freeman & Herz LLP and Harwood Feffer LLP as Lead Derivative Plaintiffs' Counsel, which is also scheduled for hearing on December 15, 2016 at 2:00pm. See Shaev v. Baker, II et al., 16-cv-05541-JST, ECF No. 29.

　　　　Finally, there is a motion to consolidate, to appoint The Fire & Police Pension Association of Colorado as Lead Plaintiff, and to appoint Lieff Cabraser Heimann & Bernstein, LLP as Lead Counsel. See Shaev v. Baker, II et al., 16-cv-05541-JST, ECF No. 30. That motion is currently

scheduled for hearing on December 22, 2016 at 2:00pm.

In the interests of judicial economy, the Court hereby orders that there will be a single hearing on the six identical motions to consolidate, to appoint the City of Birmingham Retirement and Relief System as Lead Plaintiff, and to appoint Robbins Arroyo LLP and Saxena White P.A. as Co-Lead Counsel.  The Court continues that hearing, along with the hearing on the motion to appoint Wolf Haldenstein Adler Freeman & Herz LLP and Harwood Feffer LLP as Lead Derivative Plaintiffs' Counsel, to December 22, 2016 at 2:00pm so that the motions may heard concurrently with the motion to appoint The Fire & Police Pension Association of Colorado as Lead Plaintiff and to appoint Lieff Cabraser Heimann & Bernstein, LLP as Lead Counsel.

IT IS SO ORDERED.

Dated:  November 21, 2016

_____
JON S. TIGAR
United States District Judge