Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Sverker K. Hogberg (SBN 244640)
(hogbergs@sullcrom.com)
Ryan J. McCauley (SBN 264913)
(mccauleyr@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:     (650) 461-5600
Facsimile:      (650) 461-5700

Christopher M. Viapiano (*pro hac vice* forthcoming)
(viapianoc@sullcrom.com)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Telephone:     (202) 956-6985
Facsimile:      (202) 956-7056

*Counsel for Defendant Wells Fargo & Company*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY HEFLER, Individually and on Behalf of All Others Similarly Situated,<br><br>                            Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY, JOHN G. STUMPF, JOHN R. SHREWSBERRY and CARRIE L. TOLSTEDT,<br><br>                            Defendants. | Case No. 3:16-cv-05479-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND SET BRIEFING SCHEDULE**<br><br>The Hon. Jon S. Tigar |

SULLIVAN & CROMWELL LLP

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE;
TIME TO RESPOND TO COMPLAINT
CASE NOS. 3:16-CV-05479-JST; 3:16-CV-05513-JST

| | |
|---|---|
| STEVE KLEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY, JOHN G. STUMPF, JOHN R. SHREWSBERRY and CARRIE L. TOLSTEDT,<br><br>    Defendants. | Case No. 3:16-cv-05513-JST |

WHEREAS, on January 5, 2017, the Court held a hearing on Plaintiff Union Asset Management Holding AG's ("Union") motion to consolidate the above captioned actions (the "Related Securities Class Actions"), to appoint Union as Lead Plaintiff, and to approve Union's selection of counsel for the class (Dkt. No. 29) (the "Motion");

WHEREAS, on January 5, 2017, the Court issued an Order Consolidating Cases and Appointing Lead Plaintiff and Lead Counsel (Dkt. No. 58), which granted the Motion;

WHEREAS, at the January 5, 2017, hearing the Court invited the parties to file a stipulation to continue the case management conference currently set for January 25, 2017 (the "CMC"), which was set automatically by the Court's electronic docketing software;

WHEREAS, on November 21, 2016, the Court entered the parties' Joint Stipulation and [Proposed] Order to Enlarge Time to Respond to Complaint (Dkt. No. 23), pursuant to which the parties agreed to extend the time in which Defendants may respond until 60 days following the filing of a Consolidated Class Action Complaint;

WHEREAS, the parties have now met and conferred and have agreed to a schedule for Lead Plaintiff to file a Consolidated Class Action Complaint and to a briefing schedule on Defendants' forthcoming motions to dismiss the Consolidated Class Action Complaint;

1

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE TIME TO RESPOND TO COMPLAINT
CASE NOS. 3:16-CV-05479-JST; 3:16-CV-05513-JST

SULLIVAN & CROMWELL LLP

WHEREAS, the parties believe that the interests of judicial efficiency and economy would be best served by continuing the CMC until after the Court has heard and issued an order on Defendants' forthcoming motions to dismiss the Consolidated Class Action Complaint;

WHEREAS, the parties agree that nothing in this Stipulation will be construed as a waiver of any of Defendants' or Lead Plaintiff's rights or positions in law or in equity;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Lead Plaintiff, by and through its counsel, and Defendants, by and through their counsel, that:

1. Lead Plaintiff shall file a Consolidated Class Action Complaint on or before March 6, 2017.

2. Defendants shall respond to the Consolidated Class Action Complaint, by filing motions to dismiss or otherwise, on or before May 5, 2017.

3. Lead Plaintiff shall file oppositions to Defendants' motions to dismiss, if any, on or before July 7, 2017.

4. Defendants shall file replies in support of their motions to dismiss, if any, on or before August 11, 2017.

5. The CMC currently scheduled for January 25, 2017 shall be continued to a date and time, to be set by the Court subject to its availability, following the Court's ruling on the Defendants' forthcoming motions to dismiss.

Dated: January 11, 2017

/s/ Brendan P. Cullen
Brendan P. Cullen (SBN 194057)
Sverker K. Hogberg (SBN 244640)
Ryan J. McCauley (SBN 264913)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:  (650) 461-5600
Facsimile:  (650) 461-5700

```
                                    Christopher M. Viapiano
                                    (pro hac vice forthcoming)
                                    SULLIVAN & CROMWELL LLP
                                    1700 New York Avenue, N.W., Suite 700
                                    Washington, D.C. 20006
                                    Telephone:    (202) 956-6985
                                    Facsimile:    (202) 956-7056

                                    Counsel for Defendant Wells Fargo &
                                    Company
```

Dated: January 11, 2017

```
                                     /s/ Grant P. Fondo
                                    Grant P. Fondo (SBN 181530)
                                    Richard M. Strassberg
                                    (pro hac vice forthcoming)
                                    GOODWIN PROCTER LLP
                                    135 Commonwealth Drive
                                    Menlo Park, California 94025
                                    Telephone:    (650) 752-3100
                                    Facsimile:    (650) 853-1038

                                    Counsel for Defendant John G. Stumpf
```

Dated: January 11, 2017

```
                                     /s/ Ismail Ramsey
                                    Ismail Ramsey (SBN 189820)
                                    Miles Ehrlich (SBN 237954)
                                    RAMSEY & EHRLICH LLP
                                    803 Hearst Avenue
                                    Berkeley, California 94710
                                    Telephone:    (510) 548-3600
                                    Facsimile:    (650) 291-3060

                                    Counsel for Defendant John R.
                                    Shrewsberry
```

Dated: January 11, 2017

```
                                     /s/ Enu A. Mainigi
                                    Enu A. Mainigi
                                    (pro hac vice forthcoming)
                                    WILLIAMS & CONNOLLY LLP
                                    725 Twelfth Street, N.W.
                                    Washington D.C. 20005
                                    Telephone:    (202) 434-5000
                                    Facsimile:    (202) 434-5029

                                    Counsel for Defendant Carrie L. Tolstedt
```

3

Dated: January 11, 2017

/s/ William H. Narwold
William H. Narwold (admitted *pro hac vice*)
MOTLEY RICE LLC
One Corporate Center, 20 Church St.
Hartford, Connecticut 06103
Telephone:    (860) 882-1676

Gregg S. Levin (admitted *pro hac vice*)
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, South Carolina  29464
Telephone:    (843) 216-9000

*Counsel for Lead Plaintiff*


Shawn A. Williams (SBN 213113)
Jason C. Davis (SBN 253370)
Aelish M. Baig (SBN 201279)
ROBBINS GELLER RUDMAN
   & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, California  94104
Telephone:    (415) 288-4545

*Liaison Counsel*

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Brendan P. Cullen, in compliance with General Order 45, Section X(B), hereby attest that I obtained the concurrence of all of the above-listed counsel in filing this document.

DATED: January 11, 2017                    /s/ Brendan P. Cullen
                                           Brendan P. Cullen

## ORDER

**THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED.**

Dated: January 11, 2017

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

SULLIVAN & CROMWELL LLP

1

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
TIME TO RESPOND TO COMPLAINT
CASE NOS. 3:16-CV-05479-JST; 3:16-CV-05513-JST