1  Richard H. Klapper (*pro hac vice*)
   (klapperr@sullcrom.com)
2  SULLIVAN & CROMWELL LLP
   125 Broad Street
3  New York, New York 10004
   Telephone: (212) 558-4000
4  Facsimile: (212) 558-3588

5  Brendan P. Cullen (SBN 194057)
   (cullenb@sullcrom.com)
6  Sverker K. Hogberg (SBN 244640)
   (hogbergs@sullcrom.com)
7  Ryan J. McCauley (SBN 264913)
   (mccauleyr@sullcrom.com)
8  SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
9  Palo Alto, California 94303
   Telephone:   (650) 461-5600
10 Facsimile:   (650) 461-5700

11 Christopher M. Viapiano (*pro hac vice*)
   (viapianoc@sullcrom.com)
12 SULLIVAN & CROMWELL LLP
   1700 New York Avenue, N.W., Suite 700
13 Washington, D.C. 20006
   Telephone:   (202) 956-6985
14 Facsimile:   (202) 956-7056

15 *Counsel for Defendant Wells Fargo & Company*

16 [Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY HEFLER, MARCELO MIZUKI, GUY SOLOMONOV, and UNION ASSET MANAGEMENT HOLDING AG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO & COMPANY, JOHN G. STUMPF, JOHN R. SHREWSBERRY, CARRIE L. TOLSTEDT, TIMOTHY J. SLOAN, DAVID M. CARROLL, DAVID JULIAN, HOPE A. HARDISON, MICHAEL J. LOUGHLIN, AVID MODJTABAI, JAMES M. STROTHER, JOHN D. BAKER II, JOHN S. CHEN, LLOYD H. DEAN, | Case No. 3:16-cv-05479-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE**<br><br>The Hon. Jon S. Tigar |

| | |
|---|---|
| 1 | ELIZABETH A. DUKE, SUSAN E. ENGEL, ENRIQUE HERNANDEZ JR., DONALD M. JAMES, CYNTHIA H. MILLIGAN, FEDERICO F. PEÑA, JAMES H. QUIGLEY, JUDITH M. RUNSTAD, STEPHEN W. SANGER, SUSAN G. SWENSON, and SUZANNE M. VAUTRINOT, )))))))) |
| | Defendants. ) |

WHEREAS, on January 5, 2017, the Court held a hearing on Plaintiff Union Asset Management Holding AG's ("Union" or "Lead Plaintiff") motion to consolidate the above captioned action to appoint Union as Lead Plaintiff, and to approve Union's selection of counsel for the class (Dkt. No. 29) (the "Lead Plaintiff Motion");

WHEREAS, on January 5, 2017, the Court granted the Lead Plaintiff Motion (Dkt. No. 58);

WHEREAS, on November 21, 2016, the Court entered the parties' Joint Stipulation and [Proposed] Order to Enlarge Time to Respond to Complaint (Dkt. No. 23), which extended the time in which defendants Wells Fargo & Company, John G. Stumpf, John R. Shrewsberry, and Carrie Tolstedt (together, the "Original Defendants") could respond to any complaint in this action until 60 days after Lead Plaintiff filed a consolidated class action complaint;

WHEREAS, on January 11, 2017, the Lead Plaintiff and the Original Defendants (together, the "Original Parties") filed a Joint Stipulation and [Proposed] Order to Continue Case Management Conference and Set Briefing Schedule (Dkt. No. 63) (the "Initial Joint Stipulation");

WHEREAS, on January 11, 2017, the Court entered the Initial Joint Stipulation (Dkt. No. 64), pursuant to which the Lead Plaintiff was to file a consolidated class action complaint on or before March 6, 2017; the Original Defendants are to respond to the consolidated class action complaint, by filing motions to dismiss or otherwise, on or before May 5, 2017; Lead Plaintiff is to file oppositions to the Original Defendants' motions to dismiss, if any, on or before July 7, 2017; and the Original Defendants are to file replies in support of their motions to dismiss, if any, on or before August 11, 2017;

WHEREAS, on March 6, 2017, Lead Plaintiff and individual plaintiffs Gary Hefler, Marcelo Mizuki, and Guy Solomonov (together, "Plaintiffs") filed a Consolidated Class Action Complaint for Violations of the Federal Securities Laws (the "Consolidated Complaint") (Dkt. No. 72);

WHEREAS, the Consolidated Complaint for the first time asserts claims against 21 new defendants who were not previously parties to this action: (1) Timothy J. Sloan, (2) David M. Carroll, (3) David Julian, (4) Hope A. Hardison, (5) Michael J. Loughlin, (6) Avid Modjtabai, (7) James M. Strother, (8) John D. Baker II, (9) John S. Chen, (10) Lloyd H. Dean, (11) Elizabeth A. Duke, (12) Susan E. Engel, (13) Enrique Hernandez Jr., (14) Donald M. James, (15) Cynthia H. Milligan, (16) Federico F. Peña, (17) James H. Quigley, (18) Judith M. Runstad, (19) Stephen W. Sanger, (20) Susan G. Swenson, and (21) Suzanne M. Vautrinot (together, the "New Defendants");

WHEREAS, the New Defendants were not previously parties to this action and many of them have only recently retained counsel for this action;

WHEREAS, counsel for Plaintiffs, the Original Defendants, and the New Defendants have met and conferred and, in light of the large number of New Defendants and in order to coordinate all briefing on the same schedule, have agreed to a revised briefing schedule for the Original Defendants' and New Defendants' (together, "Defendants") forthcoming motions to dismiss the Consolidated Class Action Complaint;

WHEREAS, the parties agree that nothing in this Stipulation will be construed as a waiver of any of Defendants' or Plaintiff's rights or positions in law or in equity;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs, by and through their counsel, and Defendants, by and through their counsel, that:

1. Defendants shall respond to the Consolidated Class Action Complaint, by filing motions to dismiss or otherwise, on or before June 19, 2017.
2. Plaintiffs shall file oppositions to Defendants' motions to dismiss, if any, on or before August 21, 2017.
3. Defendants shall file replies in support of their motions to dismiss, if any, on or before September 25, 2017.

Dated: May 3, 2017

   /s/ Brendan P. Cullen
Brendan P. Cullen (SBN 194057)
Sverker K. Hogberg (SBN 244640)
Ryan J. McCauley (SBN 264913)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

Richard H. Klapper (*pro hac vice*)
(klapperr@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

Christopher M. Viapiano (*pro hac vice*)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Telephone: (202) 956-6985
Facsimile: (202) 956-7056

*Counsel for Defendant Wells Fargo & Company*

Dated: May 3, 2017

   /s/ Grant P. Fondo
Grant P. Fondo (SBN 181530)
(gfondo@goodwinlaw.com)
Lloyd Winawer (SBN 157823)
Nicholas A. Reider (SBN 296440)
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA 94025
San Francisco, CA 94105-2997
Telephone: (650) 752-3100
Facsimile: (650) 853-1038

*Counsel for Defendant John G. Stumpf*

Dated: May 3, 2017

   /s/ Ismail Ramsey
Katharine Ann Kates (SBN 155534)
(katharine@ramsey-ehrlich.com)
Ismail Ramsey (SBN 189820)
Miles Ehrlich (SBN 237954)

```
                          RAMSEY & EHRLICH LLP
                          803 Hearst Avenue
                          Berkeley, California 94710
                          Telephone: (510) 548-3600
                          Facsimile: (650) 291-3060

                          *Counsel for Defendant John R.
                          Shrewsberry*
```

Dated: May 3, 2017

```
                           /s/ Enu A. Mainigi
                          Enu A. Mainigi (*pro hac vice*)
                          (emainigi@wc.com)
                          Leslie Cooper Vigen (*pro hac vice*)
                          WILLIAMS & CONNOLLY LLP
                          725 Twelfth Street N.W.
                          Washington, DC 20005
                          Telephone: (202) 434-5000
                          Facsimile: (202) 434-5029

                          Jeffrey E. Faucette (SBN 193066)
                          (jeff@skaggsfaucette.com)
                          SKAGGS FAUCETTE LLP
                          One Embarcadero Center, Suite 500
                          San Francisco, CA 94111
                          Telephone: (415) 315-1669
                          Facsimile: (415) 433-5994

                          *Counsel for Defendant Carrie L. Tolstedt*
```

Dated: May 3, 2017

```
                           /s/ Cristina C. Arguedas
                          Cristina C. Arguedas (SBN 87787)
                          (arguedas@achlaw.com)
                          Laurel L. Headley (SBN 152306)
                          Ted W. Cassman (SBN 98932)
                          ARGUEDAS, CASSMAN & HEADLEY LLP
                          803 Hearst Avenue
                          Berkeley, CA 94710
                          Telephone: (510) 845-3000
                          Facsimile: (510) 845-3001

                          *Counsel for Defendant Michael J. Loughlin*
```

Dated: May 3, 2017

```
                           /s/ Nanci L. Clarence
                          Nanci L. Clarence (SBN 12286)
                          (nclarence@clarencedyer.com)
                          Josh A. Cohen (SBN 217853)
                          Adam F. Shearer (SBN 279073)
```

```
                        CLARENCE, DYER & COHEN LLP
                        899 Ellis Street
                        San Francisco, CA 94109
                        Telephone: (415) 749-1800
                        Facsimile: (415) 749-1694

                        *Counsel for Defendant Timothy J. Sloan*
```

Dated: May 3, 2017

```
                         /s/ Timothy P. Crudo
                        Timothy P. Crudo (SBN 143835)
                        (tcrudo@coblentzlaw.com)
                        COBLENTZ PATCH DUFFY & BASS LLP
                        One Montgomery Street, Suite 3000
                        San Francisco, CA 94104
                        Telephone: (415) 677-5219
                        Facsimile: (415) 989-1663

                        *Counsel for Defendants David Julian and
                        Avid Modjtabai*
```

Dated: May 3, 2017

```
                         /s/ Mary G. McNamara
                        Mary G. McNamara (SBN 147131)
                        (mary@smllp.law)
                        Ed Swanson (SBN 159859)
                        (ed@smllp.law)
                        SWANSON & McNAMARA LLP
                        300 Montgomery Street, Suite 1100
                        San Francisco, CA 94104
                        Telephone: (415) 477-3800
                        Facsimile: (415) 477-9010

                        *Counsel for Defendant Hope A. Hardison*
```

Dated: May 3, 2017

```
                         /s/ Walter F. Brown
                        Walter F. Brown (SBN 130248)
                        (wbrown@orrick.com)
                        James N. Kramer (SBN 154709)
                        (jkramer@orrick.com)
                        ORRICK, HERRINGTON & SUTCLIFFE LLP
                        The Orrick Building
                        405 Howard Street, San Francisco 94105
                        Telephone: (415) 773-5995

                        *Counsel for Defendants David M. Carroll and
                        James M. Strother*
```

Dated: May 3, 2017

            /s/ Jordan Eth
            Jordan Eth (SBN 121617)
            (jeth@mofo.com)
            Morrison & Foerster LLP
            425 Market Street,
            San Francisco, CA 94105
            Telephone: (415) 268-7126
            Facsimile: (415) 268-7522

*Counsel for Defendants John D. Baker II, John S. Chen, Lloyd H. Dean, Elizabeth A. Duke, Susan E. Engel, Enrique Hernandez Jr., Donald M. James, Cynthia H. Milligan, Federico F. Peña, James H. Quigley, Judith M. Runstad, Stephen W. Sanger, Susan G. Swenson, and Suzanne M. Vautrinot*

Dated: May 3, 2017

            /s/ William H. Narwold
            William H. Narwold (admitted *pro hac vice*)
            MOTLEY RICE LLC
            One Corporate Center, 20 Church St.
            Hartford, Connecticut 06103
            Telephone: (860) 882-1676

            Gregg S. Levin (admitted *pro hac vice*)
            MOTLEY RICE LLC
            28 Bridgeside Blvd.
            Mt. Pleasant, South Carolina 29464
            Telephone: (843) 216-9000

*Counsel for Lead Plaintiff*

            Shawn A. Williams (SBN 213113)
            Jason C. Davis (SBN 253370)
            Aelish M. Baig (SBN 201279)
            ROBBINS GELLER RUDMAN
            & DOWD LLP
            Post Montgomery Center
            One Montgomery Street, Suite 1800
            San Francisco, California 94104
            Telephone: (415) 288-4545

*Liaison Counsel*

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Brendan P. Cullen, in compliance with General Order 45, Section X(B), hereby attest that I obtained the concurrence of all of the above-listed counsel in filing this document.

DATED: May 3, 2017

/s/ Brendan P. Cullen
Brendan P. Cullen

[PROPOSED] ORDER

**THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED.**

Dated: May 3, 2017

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE