| | |
|---|---|
| 1 | **ROBBINS GELLER RUDMAN<br>  & DOWD LLP** |
| 2 | Shawn A. Williams (SBN 213113) |
| 3 | Jason C. Davis (SBN 253370)<br>Aelish M. Baig (SBN 201279) |
| 4 | Post Montgomery Center<br>One Montgomery Street, Suite 1800 |
| 5 | San Francisco, California 94104<br>Telephone: (415) 288-4545 |
| 6 | Facsimile: (415) 288-4534 |
| 7 | shawnw@rgrdlaw.com<br>jdavis@ rgrdlaw.com |
| 8 | aelishb@rgrdlaw.com |
| 9 | *Liaison Counsel for Plaintiffs* |
| 10 | [Additional Counsel Appear on Signature Page] |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY HEFLER, MARCELO MIZUKI, GUY SOLOMONOV, and UNION ASSET MANAGEMENT HOLDING AG, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>WELLS FARGO & COMPANY, JOHN G. STUMPF, JOHN R. SHREWSBERRY, CARRIE L. TOLSTEDT, TIMOTHY J. SLOAN, DAVID M. CARROLL, DAVID JULIAN, HOPE A. HARDISON, MICHAEL J. LOUGHLIN, AVID MODJTABAI, JAMES M. STROTHER, JOHN D. BAKER II, JOHN S. CHEN, LLOYD H. DEAN, ELIZABETH A. DUKE, SUSAN E. ENGEL, ENRIQUE HERNANDEZ, JR., DONALD M. JAMES, CYNTHIA H. MILLIGAN, FEDERICO F. PEÑA, JAMES H. QUIGLEY, JUDITH M. RUNSTAD, STEPHEN W. SANGER, SUSAN G. SWENSON, and SUZANNE M. VAUTRINOT,<br><br>    Defendants. | Case No. 3:16-cv-05479-JST<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER SUBSTITUTING LEAD COUNSEL** |

Lead Plaintiff Union Asset Management Holding AG ("Union") respectfully submits this stipulation and proposed order with regard to the appointment of Lead Counsel in the above-captioned matter.

1. WHEREAS, the Private Securities Litigation Reform Act ("PSLRA") requires the Lead Plaintiff to select and retain counsel to represent the class, subject to Court approval (*see* 15 U.S.C. § 78u-4(a)(3)(B)(v));

2. WHEREAS, on January 5, 2017, the Court appointed Union to serve as Lead Plaintiff in this action and approved Union's selection of Motley Rice LLC ("Motley Rice") as Lead Counsel;

3. WHEREAS, Union has conducted an internal review of its active litigation, including its selection of Lead Counsel in this action;

4. WHEREAS, as part of that review, Union retained Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") to represent it and the proposed class in this action, subject to the approval of the Court, and terminated its relationship with Motley Rice in this case;

5. WHEREAS, Motley Rice has agreed to withdraw as Lead Counsel, and Union seeks to substitute Bernstein Litowitz as Lead Counsel in this case;

6. WHEREAS, Motley Rice does not oppose the substitution of Bernstein Litowitz as Lead Counsel in this action;

7. WHEREAS, Bernstein Litowitz has significant experience serving as Lead Counsel in securities class actions and has a proven history of handling this type of complex litigation in this District and in courts throughout the Country (*see* Bernstein Litowitz's Firm Résumé, submitted herewith as Exhibit A to the accompanying Declaration of Blair A. Nicholas);

8. WHEREAS, counsel for Union—Bernstein Litowitz—informs all of the undersigned that on May 12, 2017, it contacted counsel for Defendants regarding substitution of counsel, and Defendants have no objection to the relief sought herein;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED:**

1. Union's selection of Bernstein Litowitz to serve as Lead Counsel in the above-captioned action is approved.

2. Motley Rice is withdrawn as Lead Counsel in the above-captioned matter.

Dated: May 16, 2017

Respectfully submitted,

*/s/ Shawn A. Williams*
Shawn A. Williams (SBN 213113)
Jason C. Davis (SBN 253370)
Aelish M. Baig (SBN 201279)
**ROBBINS GELLER RUDMAN
 & DOWD LLP**
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534
shawnw@rgrdlaw.com
jdavis@ rgrdlaw.com
aelishb@rgrdlaw.com

*Liaison Counsel for Plaintiffs*

Dated: May 16, 2017

*/s/ Blair A. Nicholas*
Blair A. Nicholas (Bar No. 178428)
blairn@blbglaw.com
**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 793-0070
Facsimile: (858) 793-0323

-and-

SALVATORE J. GRAZIANO
(*pro hac vice forthcoming*)
salvatore@blbglaw.com
JEROEN VAN KWAWEGEN
(*pro hac vice forthcoming*)
jeroen@blbglaw.com
ADAM WIERZBOWSKI
(*pro hac vice forthcoming*)
adam@blbglaw.com

REBECCA BOON
(*pro hac vice forthcoming*)
rebecca.boon@blbglaw.com
ANGUS FEI NI
(*pro hac vice forthcoming*)
angus.ni@blbglaw.com
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

*Counsel for Lead Plaintiff Union Asset Management Holding AG, and Proposed Lead Counsel for the Class*

Dated: May 16, 2017

*/s/ William H. Narwold*
William H. Narwold (admitted *pro hac vice*)
**MOTLEY RICE LLC**
One Corporate Center, 20 Church St.
Hartford, Connecticut 06103
Telephone: (860) 882-1676

Gregg S. Levin (admitted *pro hac vice*)
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mt. Pleasant, South Carolina 29464
Telephone: (843) 216-9000

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5.1(i)

I, Shawn A. Williams, in compliance with Civil Local Rule 5.1(i), hereby attest that I obtained the concurrence of all of the above-listed counsel in filing this document.

Dated: May 16, 2017

*/s/ Shawn A. Williams*
Shawn A. Williams

---

STIPULATION AND [PROPOSED] ORDER
SUBSTITUTING LEAD COUNSEL
CASE NO. 3:16-CV-05479-JST

4

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | **PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.** |

Dated: Oct 17, 2017

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE