Richard H. Klapper (*pro hac vice*)
(klapperr@sullcrom.com)
Nicolas Bourtin (*pro hac vice*)
(bourtinn@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Sverker K. Hogberg (SBN 244640)
(hogbergs@sullcrom.com)
Ryan J. McCauley (SBN 264913)
(mccauleyr@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:    (650) 461-5600
Facsimile:    (650) 461-5700

Christopher M. Viapiano (*pro hac vice*)
(viapianoc@sullcrom.com)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Telephone:    (202) 956-6985
Facsimile:    (202) 956-7056

*Counsel for Defendant Wells Fargo & Company*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY HEFLER, MARCELO MIZUKI, GUY SOLOMONOV, and UNION ASSET MANAGEMENT HOLDING AG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO & COMPANY, JOHN G. STUMPF, JOHN R. SHREWSBERRY, CARRIE L. TOLSTEDT, TIMOTHY J. SLOAN, DAVID M. CARROLL, DAVID JULIAN, HOPE A. | Case No. 3:16-cv-05479-JST<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>The Hon. Jon S. Tigar |

SULLIVAN & CROMWELL LLP

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:16-CV-05479-JST

| | |
|---|---|
| 1 | HARDISON, MICHAEL J. LOUGHLIN, AVID ) |
| | MODJTABAI, JAMES M. STROTHER, JOHN D. ) |
| 2 | BAKER II, JOHN S. CHEN, LLOYD H. DEAN, ) |
| | ELIZABETH A. DUKE, SUSAN E. ENGEL, ) |
| 3 | ENRIQUE HERNANDEZ JR., DONALD M. ) |
| | JAMES, CYNTHIA H. MILLIGAN, FEDERICO ) |
| | F. PEÑA, JAMES H. QUIGLEY, JUDITH M. ) |
| 4 | RUNSTAD, STEPHEN W. SANGER, SUSAN G. ) |
| | SWENSON, and SUZANNE M. VAUTRINOT, ) |
| 5 | ) |
| | Defendants. ) |
| 6 | ) |

WHEREAS, on January 12, 2017, the Clerk of the Court filed a Clerk's Notice Continuing Case Management Conference (ECF No. 65), which reset the Initial Case Management Conference ("Initial CMC") from January 25, 2017 to September 27, 2017;

WHEREAS, on June 19, 2017, Defendants filed motions to dismiss Plaintiffs' Consolidated Class Action Complaint for Violations of the Federal Securities Laws with a noticed hearing date of October 26, 2017 (ECF Nos. 135, 138, 139, 142, 143, 145, 147, 153) (the "Motions to Dismiss");

WHEREAS, on September 20, 2017, in response to the parties' request, the Clerk of the Court filed a Clerk's Notice Continuing Case Management Conference (ECF No. 179), which reset the Initial CMC from September 27, 2017 to November 15, 2017, so that it would be scheduled after the October 26, 2017 hearing on the Motions to Dismiss;

WHEREAS, on October 10, 2017, the Clerk of the Court filed a Clerk's Notice Continuing Motion Hearings (ECF No. 195), which reset the hearing date for the Motions to Dismiss from October 26, 2017 to November 7, 2017;

WHEREAS, the parties have met and conferred and believe that the interests of judicial efficiency and economy would be best served by continuing the Initial CMC until after the Court has heard and issued an order on the Motions to Dismiss; and

WHEREAS, the parties jointly called the Clerk of the Court on October 25, 2017 to request a continuance of the Initial CMC and were asked to submit their request in writing.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Lead Plaintiff, by and through its counsel, and Defendants, by and through their counsel, that:

1.     1.     The Initial CMC currently set for November 15, 2017, and all related deadlines, are vacated.

2.     The Initial CMC will be rescheduled to a date to be determined, subject to the Court's availability and convenience, that is at least 28 days after the Court has issued an order on the Motions to Dismiss.

Dated: October 25, 2017

      /s/ Brendan P. Cullen
Brendan P. Cullen (SBN 194057)
Sverker K. Hogberg (SBN 244640)
Ryan J. McCauley (SBN 264913)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

Richard H. Klapper (*pro hac vice*)
Nicolas Bourtin (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

Christopher M. Viapiano (*pro hac vice*)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Telephone: (202) 956-6985
Facsimile: (202) 956-7056

*Counsel for Defendant Wells Fargo & Company*

Dated: October 25, 2017

      /s/ Grant P. Fondo
Grant P. Fondo (SBN 181530)
(gfondo@goodwinlaw.com)
Lloyd Winawer (SBN 157823)
Nicholas A. Reider (SBN 296440)
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA 94025
Telephone: (650) 752-3100
Facsimile: (650) 853-1038

2

| | |
|---|---|
| 1 | |
| 2 | Richard M. Strassberg (*pro hac vice*) |
| | (rstrassberg@goodwinlaw.com) |
| 3 | GOODWIN PROCTER LLP |
| | The New York Times Building |
| 4 | 620 Eighth Avenue |
| | New York, New York 10018-1405 |
| 5 | Telephone: (212) 813-8800 |
| | Facsimile: (212) 355-3333 |

*Counsel for Defendant John G. Stumpf*

Dated: October 25, 2017

    /s/ Ismail Ramsey
Katharine Ann Kates (SBN 155534)
(katharine@ramsey-ehrlich.com)
Ismail Ramsey (SBN 189820)
Miles Ehrlich (SBN 237954)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, California 94710
Telephone: (510) 548-3600
Facsimile: (650) 291-3060

*Counsel for Defendant John R. Shrewsberry*

Dated: October 25, 2017

    /s/ Enu A. Mainigi
Enu A. Mainigi (*pro hac vice*)
(emainigi@wc.com)
Leslie Cooper Vigen (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Jeffrey E. Faucette (SBN 193066)
(jeff@skaggsfaucette.com)
SKAGGS FAUCETTE LLP
One Embarcadero Center, Suite 500
San Francisco, CA 94111
Telephone: (415) 315-1669
Facsimile: (415) 433-5994

*Counsel for Defendant Carrie L. Tolstedt*

Dated: October 25, 2017

    /s/ Cristina C. Arguedas
Cristina C. Arguedas (SBN 87787)
(arguedas@achlaw.com)
Laurel L. Headley (SBN 152306)
Ted W. Cassman (SBN 98932)
ARGUEDAS, CASSMAN & HEADLEY LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000
Facsimile: (510) 845-3001

*Counsel for Defendant Michael J. Loughlin*

Dated: October 25, 2017

    /s/ Nanci L. Clarence
Nanci L. Clarence (SBN 12286)
(nclarence@clarencedyer.com)
Josh A. Cohen (SBN 217853)
Adam F. Shearer (SBN 279073)
CLARENCE, DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Telephone: (415) 749-1800
Facsimile: (415) 749-1694

*Counsel for Defendant Timothy J. Sloan*

Dated: October 25, 2017

    /s/ Timothy P. Crudo
Timothy P. Crudo (SBN 143835)
(tcrudo@coblentzlaw.com)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: (415) 677-5219
Facsimile: (415) 989-1663

*Counsel for Defendant David Julian*

4

SULLIVAN & CROMWELL LLP

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:16-CV-05479-JST

Dated: October 25, 2017

    /s/ C. Brandon Wisoff
Douglas R. Young (State Bar No. 073248)
(dyoung@fbm.com)
C. Brandon Wisoff (State Bar No. 121930)
(bwisoff@fbm.com)
Janice W. Reicher (State Bar No. 287591)
Claire M. Johnson (State Bar No. 305141)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4488

*Counsel for Defendant
Avid Modjtabai*

Dated: October 25, 2017

    /s/ Mary G. McNamara
Mary G. McNamara (SBN 147131)
(mary@smllp.law)
Ed Swanson (SBN 159859)
(ed@smllp.law)
SWANSON & MCNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

*Counsel for Defendant Hope A. Hardison*

Dated: October 25, 2017

    /s/ Walter F. Brown
Walter F. Brown (SBN 130248)
(wbrown@orrick.com)
James N. Kramer (SBN 154709)
(jkramer@orrick.com)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street, San Francisco 94105
Telephone: (415) 773-5995

*Counsel for Defendants David M. Carroll and
James M. Strother*

Dated: October 25, 2017

      /s/ Jordan Eth
Jordan Eth (SBN 121617)
(jeth@mofo.com)
Morrison & Foerster LLP
425 Market Street,
San Francisco, CA 94105
Telephone: (415) 268-7126
Facsimile: (415) 268-7522

*Counsel for Defendants John D. Baker II, John S. Chen, Lloyd H. Dean, Elizabeth A. Duke, Susan E. Engel, Enrique Hernandez Jr., Donald M. James, Cynthia H. Milligan, Federico F. Peña, James H. Quigley, Judith M. Runstad, Stephen W. Sanger, Susan G. Swenson, and Suzanne M. Vautrinot*

Dated: October 25, 2017

/s/ Salvatore Graziano
Salvatore Graziano (*pro hac vice*)
(Salvatore@blbglaw.com)
Adam Wierzbowski (*pro hac vice*)
(Adam@blbglaw.com)
Rebecca Boon (*pro hac vice*)
(Rebecca.Boon@blbglaw.com)
Angus F. Ni (*pro hac vice*)
(Angus.Ni@blbglaw.com)
BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
1251 Avenue of the Americas, 44th Floor
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

*Lead Counsel for Lead Plaintiff and the Class*

## **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

DATED: October 25, 2017

/s/ Brendan P. Cullen
Brendan P. Cullen

# **ORDER**

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Dated: October 25, 2017

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE