United States District Court
Northern District of California

1
2
3
4                          UNITED STATES DISTRICT COURT
5                        NORTHERN DISTRICT OF CALIFORNIA
6

7   GARY HEFLER, et al.,                        Case No. 16-cv-05479-JST

8              Plaintiffs,                       **ORDER VACATING HEARING**

9       v.                                       Re: ECF Nos. 135, 138, 139, 142, 143, 145,

10  WELLS FARGO & COMPANY, et al.,               147, 153, 155, 156, 158, 159, 165

11             Defendants.

12         Before the Court is Defendants' Motions to Dismiss.  ECF Nos. 135, 138, 139, 142, 143,

13  145, 147, 153, 155, 156, 158, 159, 165.  Pursuant to Federal Rule of Civil Procedure 78(b) and

14  Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument.

15  The hearing on this matter, currently scheduled for November 7, 2017, is hereby VACATED.

16         **IT IS SO ORDERED.**

17  Dated: October 30, 2017

18                                              _____

19                                                         JON S. TIGAR
                                                      United States District Judge
20
21
22
23
24
25
26
27
28