UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY HEFLER, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO & COMPANY, et al., <br><br> Defendants. | Case No. 16-cv-05479-JST <br><br> **SCHEDULING ORDER** |

A case management conference will be held on May 23, 2018 at 2:00 p.m. A joint case management statement is due May 14, 2018.

**IT IS SO ORDERED.**

Dated: April 20, 2018

_____
JON S. TIGAR
United States District Judge