Richard H. Klapper (*pro hac vice*)
(klapperr@sullcrom.com)
Nicolas Bourtin (*pro hac vice*)
(bourtinn@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Sverker K. Hogberg (SBN 244640)
(hogbergs@sullcrom.com)
Ryan J. McCauley (SBN 264913)
(mccauleyr@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:   (650) 461-5600
Facsimile:   (650) 461-5700

Christopher M. Viapiano (*pro hac vice*)
(viapianoc@sullcrom.com)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Telephone:   (202) 956-6985
Facsimile:   (202) 956-7056

*Counsel for Defendant Wells Fargo & Company*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY HEFLER, MARCELO MIZUKI, GUY SOLOMONOV, and UNION ASSET MANAGEMENT HOLDING AG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO & COMPANY, JOHN G. STUMPF, JOHN R. SHREWSBERRY, CARRIE L. TOLSTEDT, TIMOTHY J. SLOAN, DAVID M. CARROLL, DAVID JULIAN, HOPE A. | Case No. 3:16-cv-05479-JST<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE AND CASE MANAGEMENT STATEMENT**<br><br>The Hon. Jon S. Tigar |

HARDISON, MICHAEL J. LOUGHLIN, AVID )
MODJTABAI, JAMES M. STROTHER, JOHN D. )
BAKER II, JOHN S. CHEN, LLOYD H. DEAN, )
ELIZABETH A. DUKE, SUSAN E. ENGEL, )
ENRIQUE HERNANDEZ JR., DONALD M. )
JAMES, CYNTHIA H. MILLIGAN, FEDERICO )
F. PEÑA, JAMES H. QUIGLEY, JUDITH M. )
RUNSTAD, STEPHEN W. SANGER, SUSAN G. )
SWENSON, and SUZANNE M. VAUTRINOT, )
)
            Defendants.        )
                               )

WHEREAS, on April 20, 2018, the Court entered an Order scheduling a case management conference for May 23, 2018, and requiring that the parties file a case management statement by May 14, 2018;

WHEREAS, the parties have now reached an agreement in principle to settle the above-entitled action;

WHEREAS, Lead Plaintiff anticipates moving for preliminary approval of the settlement in July 2018;

WHEREAS, the parties have met and conferred and believe that the interests of judicial efficiency and economy would be best served by continuing the case management conference scheduled for May 23, 2018, the deadline for filing a case management statement scheduled for May 14, 2018, and all other related and pending deadlines.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Lead Plaintiff, by and through its counsel, and Defendants, by and through their counsel, that:

1. The case management conference currently set for May 23, 2018, and the May 14, 2018 deadline for the parties to file a case management statement, are vacated.

2. All other current and pending deadlines in the above-captioned action are vacated, including the deadline for the parties to provide initial disclosures pursuant to Fed. R. Civ. P. 26(a), the deadline for the parties to provide a written discovery plan to the Court pursuant to Fed. R. Civ. P. 26(f), and the deadline for Defendants to answer or otherwise respond to the Second Consolidated Class Action Complaint for Violations of the Federal Securities Laws (Dkt. 207).

| | |
|---|---|
| Dated: May 4, 2018 | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** |
| | By: */s/ Salvatore J. Graziano* |
| | Salvatore J. Graziano (*pro hac vice*) |
| | sgraziano@blbglaw.com |
| | Adam H. Wierzbowski (*pro hac vice*) |
| | adam@blbglaw.com |
| | Rebecca Boon (*pro hac vice*) |
| | rebecca.boon@blbglaw.com |
| | 1251 Avenue of the Americas, 44th Floor |
| | New York, NY 10020 |
| | Telephone: (212) 554-1400 |
| | Facsimile: (212) 554-1444 |
| | |
| | *Lead Counsel for Lead Plaintiff and the Class* |
| | |
| | **KLAUSNER KAUFMAN JENSEN & LEVINSON** |
| | Robert D. Klausner |
| | bob@robertdklausner.com |
| | Stuart A. Kaufman |
| | stu@robertdklausner.com |
| | 780 NW 4th Street |
| | Plantation, FL 33317 |
| | Telephone: (954) 916-1202 |
| | Facsimile: (954) 916-1232 |
| | |
| | *Counsel for Plaintiff City of Hialeah Employees' Retirement System* |
| | |
| | **ROBBINS GELLER RUDMAN & DOWD LLP** |
| | Shawn A. Williams |
| | shawnw@rgrdlaw.com |
| | Aelish M. Baig |
| | aelishb@rgrdlaw.com |
| | Jason C. Davis |
| | jdavis@rgrdlaw.com |
| | Post Montgomery Center |
| | One Montgomery Street, Suite 1800 |
| | San Francisco, CA 94104 |
| | Telephone: (415) 288-4545 |
| | Facsimile: (415) 288-4534 |
| | |
| | *Liaison Counsel for Plaintiffs* |
| Dated: May 4, 2018 | **SULLIVAN & CROMWELL LLP** |
| | By: */s/ Richard H. Klapper* |

| | |
|---|---|
| 1 | Richard H. Klapper (*pro hac vice*) |
| | klapperr@sullcrom.com |
| 2 | Nicolas Bourtin (*pro hac vice*) |
| | bourtinn@sullcrom.com |
| 3 | 125 Broad Street |
| | New York, New York 10004-2498 |
| 4 | Telephone: (212) 558-3555 |
| | Facsimile: (212) 291-9083 |
| 5 | |
| 6 | Brendan P. Cullen (SBN 194057) |
| | cullenb@sullcrom.com |
| 7 | Sverker K. Hogberg (SBN 244640) |
| | hogbergs@sullcrom.com |
| 8 | Ryan J. McCauley (SBN 264913) |
| | mccauleyr@sullcrom.com |
| 9 | 1870 Embarcadero Road |
| 10 | Palo Alto, California 94303 |
| | Telephone: (650) 461-5600 |
| 11 | Facsimile: (650) 461-5700 |
| 12 | |
| | Christopher M. Viapiano (*pro hac vice*) |
| 13 | viapianoc@sullcrom.com |
| | 1700 New York Avenue, N.W., Suite 700 |
| 14 | Washington, D.C. 20006 |
| | Telephone: (202) 956-6985 |
| 15 | Facsimile: (202) 956-7056 |
| 16 | *Attorneys for Defendant Wells Fargo & Co.* |

| | | |
|---|---|---|
| 17 | Dated: May 4, 2018 | **GOODWIN PROCTER LLP** |
| 18 | | By: */s/ Grant P. Fondo* |
| | | Grant P. Fondo (SBN 181530) |
| 19 | | gfondo@goodwinlaw.com |
| | | Lloyd Winawer (SBN 157823) |
| 20 | | LWinawer@goodwinlaw.com |
| 21 | | Nicholas A. Reider (SBN 296440) |
| | | NReider@goodwinlaw.com |
| 22 | | 135 Commonwealth Drive |
| | | Menlo Park, CA 94025 |
| 23 | | Telephone: (650) 752-3100 |
| | | Facsimile: (650) 853-1038 |
| 24 | | |
| 25 | | Richard M. Strassberg (*pro hac vice*) |
| | | rstrassberg@goodwinlaw.com |
| 26 | | 620 8th Avenue |
| | | New York, NY 10018 |
| 27 | | Telephone: (212) 813-8800 |
| 28 | | Facsimile: (212) 355-3333 |

SULLIVAN & CROMWELL LLP

3

STIPULATION AND [PROPOSED] ORDER
CASE No. 3:16-CV-05479-JST

*Attorneys for Defendant John G. Stumpf*

Dated: May 4, 2018

**CLARENCE DYER & COHEN LLP**
By: */s/ Nanci L. Clarence*
Nanci L. Clarence (SBN 122286)
nclarence@clarencedyer.com
Josh A. Cohen (SBN 217853)
jcohen@clarencedyer.com
Adam F. Shearer (SBN 279073)
ashearer@clarencedyer.com
899 Ellis Street
San Francisco, CA 94109
Telephone: (415) 749-1800
Facsimile: (415) 749-1694

*Attorneys for Defendant Timothy J. Sloan*

Dated: May 4, 2018

**RAMSEY & EHRLICH LLP**
By: */s/ Katherine Ann Kates*
Katherine Ann Kates (SBN 155534)
katharine@ramsey-ehrlich.com
Miles Ehrlich (SBN 237954)
miles@ramsey-ehrlich.com
Ismail Ramsey (SBN 189820)
izzy@ramsey-ehrlich.com
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 548-3600
Facsimile: (510) 291-3060

*Attorneys for Defendant John R. Shrewsberry*

Dated: May 4, 2018

**WILLIAMS & CONNOLLY LLP**
By: */s/ Enu A. Mainigi*
Enu A. Mainigi (*pro hac vice*)
emainigi@wc.com
Leslie Cooper Vigen (*pro hac vice*)
725 Twelfth Street, N.W.
Washington D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

**SKAGGS FAUCETTE LLP**
Jeffrey E. Faucette (SBN 193066)
jeff@skaggsfaucette.com
One Embarcadero Center, Suite 500
San Francisco, CA 94111

| | |
|---|---|
| | Telephone: (415) 315-1669 |
| | Facsimile: (415) 433-5994 |
| | |
| | *Attorneys for Defendant Carrie Tolstedt* |
| Dated: May 4, 2018 | **ARGUEDAS, CASSMAN & HEADLEY LLP** |
| | By: */s/ Cristina C. Arguedas* |
| | Cristina C. Arguedas (SBN 87787) |
| | arguedas@achlaw.com |
| | Laurel L. Headley (SBN 152306) |
| | headley@achlaw.com |
| | Ted W. Cassman (SBN 98932) |
| | cassman@achlaw.com |
| | 803 Hearst Avenue |
| | Berkeley, CA 94710 |
| | Telephone: (510) 845-3000 |
| | Facsimile: (510) 845-3001 |
| | |
| | *Counsel for Defendant Michael J. Loughlin* |
| Dated: May 4, 2018 | **COBLENTZ PATCH DUFFY & BASS LLP** |
| | By: */s/ Timothy P. Crudo* |
| | Timothy P. Crudo (SBN 143835) |
| | tcrudo@coblentzlaw.com |
| | Rees F. Morgan (SBN 229899) |
| | rmorgan@coblentzlaw.com |
| | One Montgomery Street, Suite 3000 |
| | San Francisco, CA 94104 |
| | Telephone: (415) 677-5219 |
| | Facsimile: (415) 989-1663 |
| | |
| | *Counsel for Defendant David Julian* |
| Dated: May 4, 2018 | **FARELLA BRAUN & MARTEL LLP** |
| | By: */s/ Douglas R. Young* |
| | Douglas R. Young (SBN 073248) |
| | dyoung@fbm.com |
| | C. Brandon Wisoff (SBN 121930) |
| | bwisoff@fbm.com |
| | Janice W. Reicher (SBN 287591) |
| | JReicher@fbm.com |
| | Claire M. Johnson (SBN 305141) |
| | cjohnson@fbm.com |
| | 235 Montgomery Street |
| | San Francisco, CA 94104 |
| | Telephone: (415) 954-4400 |
| | Facsimile: (415) 954-4488 |

*Counsel for Defendant Avid Modjtabai*

Dated: May 4, 2018

**SWANSON & MCNAMARA LLP**
By: */s/ Mary G. McNamara*
Mary G. McNamara (SBN 147131)
mary@smllp.law
Ed Swanson (SBN 159859)
ed@smllp.law
Britt Evangelist (SBN 260457)
britt@smllp.law
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

*Counsel for Defendant Hope A. Hardison*

Dated: May 4, 2018

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
By: */s/ Walter F. Brown*
Walter F. Brown (SBN 130248)
wbrown@orrick.com
James N. Kramer (SBN 154709)
jkramer@orrick.com
Lily Becker (SBN 251145)
lbecker@orrick.com
The Orrick Building
405 Howard Street, San Francisco 94105
Telephone: (415) 773-5995

*Counsel for Defendants David M. Carroll and James M. Strother*

Dated: May 4, 2018

**MORRISON & FOERSTER LLP**
By: */s/ Jordan Eth*
Jordan Eth (SBN 121617)
jeth@mofo.com
Anna Erickson White (SBN 161385)
awhite@mofo.com
Amanda Treleaven (SBN 266934)
atreleaven@mofo.com
425 Market Street, San Francisco, CA 94105
Telephone: (415) 268-7126
Facsimile: (415) 268-7522

*Counsel for Defendants John D. Baker II, John S. Chen, Lloyd H. Dean, Elizabeth A. Duke, Susan E. Engel, Enrique Hernandez Jr., Donald M. James,*

Sullivan & Cromwell LLP

6

STIPULATION AND [PROPOSED] ORDER
CASE No. 3:16-CV-05479-JST

*Cynthia H. Milligan, Federico F. Peña, James H. Quigley, Judith M. Runstad, Stephen W. Sanger, Susan G. Swenson, and Suzanne M. Vautrinot*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

DATED: May 4, 2018                                    /s/ Brendan P. Cullen
                                                                   Brendan P. Cullen

**<u>ORDER</u>**

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Dated: _____

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE