UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA SALVAN,<br><br>  Plaintiff,<br><br>  v.<br><br>TOYS 'R' US-DELAWARE, INC.,<br><br>  Defendant. | Case No. 16-cv-04138-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF Nos. 62, 63, 64 |

At the parties' request, ECF No. 62, the case management conference currently scheduled September 5, 2018 is continued to March 6, 2019 at 2:00 p.m. An updated case management statement is due by February 27, 2019. If the case has been dismissed by March 4, 2019, the case management conference will be vacated.

The parties' motions to appear by telephone at the September 5, 2018 case management conference, ECF Nos. 63, 64, are denied as moot.

**IT IS SO ORDERED.**

Dated: September 4, 2018



_____
JON S. TIGAR
United States District Judge